## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| DUTCH RUN-MAYS DRAFT, LLC, | : No. 71 EAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Superior Court |
| v. | : |
| | : |
| | : |
| LAWYERS TITLE INSURANCE | : |
| CORPORATION AND FIDELITY | : |
| NATIONAL TITLE GROUP, | : |
| | : |
| Respondent | : |

## <u>ORDER</u>

**PER CURIAM**

   **AND NOW**, this 28th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.